UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN G GELB,
    Plaintiff,

vs.                                    Case No.: 3:22cv5237/MCR/ZCB

J SANTIAGO, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se* and *in forma pauperis*, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On December 22, 2022, the Court ordered Plaintiff to submit two identical and complete service copies of the Amended Complaint (Doc. 23) within thirty days. (Doc. 24). The Court also instructed Plaintiff that his "failure to comply with an order of the Court will result in a recommendation of dismissal of this action." (*Id*. at 2).

Plaintiff has not submitted the service copies as ordered, and the time to do so has expired. Therefore, on February 6, 2023, the Court ordered Plaintiff to show cause, within thirty days, why the case should not be dismissed for his failure to comply with an order of the Court. (Doc. 27). The time for compliance with the show cause order has expired, and Plaintiff has not responded.

1

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order").

At Pensacola, Florida, this 23rd day of March 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**